EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Virginia Milán Giol <br> Abner Limardo Sánchez <br> Félix Santiago Flores <br> Félix R. del Castillo Hernández <br> Marisa Ruiz Reyes <br> Elizabeth Valdés Almedia <br> Roberto González Torres <br> Zwinda M. Terán Flores <br> Javier F. Junco Hernández <br> Hilda I. Rodríguez Mercado <br> Antonio Rodríguez Baliñas | 2011 TSPR 105 <br><br> 182 DPR ____ |

Número del Caso: TS-7431
                 TS-2215
                 TS-4499
                 TS-2329
                 TS-4407
                 TS-11547
                 TS-4969
                 TS-6361
                 TS-12813
                 TS-9764
                 TS-2735


Fecha: 8 de julio de 2011




Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de junio.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Virginia Milán Giol | 7431 |
| Abner Limardo Sánchez | 2215 |
| Félix Santiago Flores | 4499 |
| Félix R. Del Castillo Hernández | 2329 |
| Marisa Ruiz Reyes | 4407 |
| Elizabeth Valdés Almeida | 11,547 |
| Roberto González Torres | 4969 |
| Zwinda M. Terán Flores | 6361 |
| Javier F. Junco Hernández | 12,813 |
| Hilda I. Rodríguez Mercado | 9764 |
| Antonio Rodríguez Baliñas | 2735 |

Sala de Verano Integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señores Rivera García y Feliberti Cintrón.

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de julio de 2011.

Durante el mes de junio de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Virginia Milán Giol | 7431 |
| Abner Limardo Sánchez | 2215 |
| Félix Santiago Flores | 4499 |
| Félix R. Del Castillo Hernández | 2329 |
| Marisa Ruiz Reyes | 4407 |
| Elizabeth Valdés Almeida | 11,547 |
| Roberto González Torres | 4969 |
| Zwinda M. Terán Flores | 6361 |
| Javier F. Junco Hernández | 12,813 |
| Hilda I. Rodríguez Mercado | 9764 |
| Antonio Rodríguez Baliñas | 2735 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo